UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER BENNETT,

        Plaintiff,

   v.

ANSEL D. KINNEY, et al.,

        Defendants.

Case No.  15-cv-02200-JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS**

Re: Docket No. 33

     Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss, filed by Defendants Ansel D. Kinney and the Law Office of Ansel D. Kinney (Docket No. 33), which has been set for hearing on Friday, November 13, 2015 at 9:00 a.m., is appropriate for decision without oral argument.  Accordingly, the Court VACATES the hearing, and the pending motion will be taken under submission and decided on the papers.

     **IT IS SO ORDERED.**

Dated: October 14, 2015

_____
JEFFREY S. WHITE
United States District Judge