UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PETER BENNETT,

    Plaintiff,

  v.

ANSEL D. KINNEY, et al.,

    Defendants,

Case No. 15-cv-02200-JSW

**ORDER OF DISMISSAL**

Re: Docket Nos. 33, 49, 50, 51

On November 9, 2015, the Court granted a motion to dismiss Plaintiff's Second Amended Complaint in its entirety. As a result of that ruling, the Court also dismissed, without prejudice, counter and cross-claims filed on November 5, 2015 by Defendant Cynthia Voss. The Court granted Plaintiff leave to file an amended complaint by December 11, 2015. Plaintiff failed to file a complaint by that date. Accordingly, the Court HEREBY DISMISSES this action for the reasons set forth in its Order dated November 9, 2015. *See* Fed. R. Civ. P. 41(b).

The Court shall enter a separate judgment, and the Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: December 14, 2015

JEFFREY S. WHITE
United States District Judge